# Order

Michigan Supreme Court
Lansing, Michigan

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151173

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NAJEE SHARIF WILKINS,
      Defendant-Appellant.

SC: 151173
COA: 324779
Kent CC: 14-000623-FH

_____/

     On order of the Court, the application for leave to appeal the January 16, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



Clerk

s1116